

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 4, 2020

**By ECF**

Hon. Katherine Polk Failla
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

    Re: *Gonzalez v. Commissioner of Social Security,*
      No. 20 Civ. 8033 (KPF) (OTW)

Dear Judge Failla:

    This Office represents Andrew M. Saul, the Commissioner of Social Security (the "Commissioner"), the defendant in the above-referenced action brought pursuant to 42 U.S.C. § 405(g), in which the plaintiff challenges a decision to deny his application for Social Security disability benefits.

    I write to respectfully request a 30-day extension of the time for the parties to inform the Court whether they are willing to consent, under 28 U.S.C. § 636(c), to conduct all further proceedings before the assigned Magistrate Judge, from November 4, 2020, to December 4, 2020. The extension is needed because I have not yet been able to reach the plaintiff, who is appearing *pro se*, and additional time would enable the parties to complete discussions about potential consent to proceeding before the assigned magistrate judge.

    This is the first request for an extension of time in this case. I could not reach the plaintiff to determine whether he consents to the requested extension, but the extension would enable the parties to make additional attempts to discuss the potential consent. I thank the Court for its consideration of this request.

              Respectfully,

              AUDREY STRAUSS
              Acting United States Attorney

              /s/ Amanda F. Parsels
       BY: AMANDA F. PARSELS
              Assistant United States Attorney
              Tel.: (212) 637-2780
              Fax: (212) 637-2750
              Email: amanda.parsels@usdoj.gov

cc: Robert Gonzalez (by U.S. Mail)
   *Plaintiff* Pro Se

Application GRANTED. The Clerk of Court is directed to mail a copy of this endorsement to Plaintiff's address of record.

Dated: November 4, 2020
       New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE