

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

<div style="border:1px solid red">MEMO ENDORSED</div>

January 4, 2021

**BY ECF**

Hon. Ona T. Wang
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re: *Gonzalez v. Comm'r of Soc. Sec.*, No. 20 Civ. 8033 (OTW)

Dear Judge Wang:

    This Office represents the Commissioner of Social Security (the "Commissioner"), the defendant in the above-referenced action, which the plaintiff brought pursuant to 42 U.S.C. § 405(g) to appeal the Commissioner's decision to deny his application for Social Security disability benefits.

    I respectfully write to request, with the plaintiff's consent, a 60-day extension of time for the Commissioner to file the certified administrative record in this case, from January 4, 2021, to March 5, 2021. The extension is necessary due to delays in preparing the certified administrative record due to temporary workplace changes implemented by the Social Security Administration in response to the COVID-19 pandemic. These changes have significantly impacted the operations of the Social Security Administration's Office of Appellate Operations and materially affected its ability to prepare certified administrative records and to obtain transcriptions of hearing recordings from private contractors.

    The plaintiff consents to this request, and this is the first request for an extension of time to file the certified administrative record. I thank the Court for its consideration of this request.

Respectfully,

AUDREY STRAUSS
Acting United States Attorney

BY: /s/ Amanda F. Parsels
   AMANDA F. PARSELS
   Assistant United States Attorney
   Tel.: (212) 637-2780
   Email: amanda.parsels@usdoj.gov

**SO ORDERED:**

Application GRANTED.

_/s/ Ona T. Wang_
**Ona T. Wang**  1/6/21
United States Magistrate Judge

cc:          Marisol Santos, Esq.
                   *Attorney for Plaintiff*