**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x

ROBERT GONZALEZ,                          :
                                          :
               Plaintiff,                 :              20-CV-8033 (OTW)
                                          :
            -against-                     :              **ORDER**
                                          :
COMMISSIONER OF SOCIAL SECURITY.,         :
                                          :
            Defendant.                    :
                                          :
                                          :
--------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

On June 22, 2021, the parties were ordered to update the Court on the outcome of

settlement discussions by **July 19, 2021** and file their Joint Stipulation by **September 22, 2021**.

(ECF 21). To date, the parties have not updated the Court as instructed. By **September 3, 2021**,

the parties shall file a joint letter updating the Court on the outcome of settlement discussions.

The Court will not grant an extension to the **September 22, 2021** deadline to file the Joint

Stipulation without good cause.

**SO ORDERED.**

_s/ Ona T. Wang_____

Dated: September 1, 2021              **Ona T. Wang**
       New York, New York            United States Magistrate Judge